**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 37 WAL 2024

          Respondent        :

                        :  Petition for Allowance of Appeal
                        :  from the Order of the Superior Court

          v.               :

SOMMER BERNARD,          :

          Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.